**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 21, 2024.**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| XIOMARA JANISSE ESCALANTE-SOSTRE, | § | CASE NO. 22-51025-MMP |
| | § | |
| DEBTOR. | § | CHAPTER 7 |
| | § | |
| JOSE LUIS RODRIGUEZ UGALDE, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | ADVERSARY NO. 23-05067-MMP |
| | § | |
| XIOMARA JANISSE ESCALANTE-SOSTRE & ALEJANDRO SOSTRE-ODIO, | § | |
| | § | |
| DEFENDANTS. | § | |

**JUDGMENT**

The Court heard the above-captioned adversary proceeding from September 10, 2024, to October 28, 2024. Defendants then orally moved for a directed verdict and the Court granted that motion. As stated on the record, Plaintiff failed to provide sufficient evidence that his claim against the Debtor should be deemed non-dischargeable in bankruptcy under 11 U.S.C. § 523(a)(4). It is, therefore,

**ORDERED** that the above-captioned adversary proceeding is **DISMISSED**. It is further

**ORDERED** that any other relief sought by Plaintiff in this adversary proceeding is **DENIED**.

# # #